OAKLEY C. CURTIS et als., Petr's., *vs.* LESLIE C. CORNISH et als.

Cumberland County. Decided December 18, 1912. Upon the authority of *Curtis* v. *Cornish,* 109 Maine, 84, Atlantic Reporter, 799, the entry must be Exceptions sustained. *E. W. Freeman,* for Oakley C. Curtis et als, Petr's. *Fred V. Matthews,* for et als.